# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2242
L.T. Case No. 2019-000521-CFMA

_____

VERMONT J. ANDERSON a/k/a
VERMOUNT J. ANDERSON, JR.,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

_____

3.800 Appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Vermont J. Anderson a/k/a Vermount J. Anderson, Jr., Daytona Beach, pro se.

No Appearance for Appellee.

October 30, 2025

PER CURIAM.

     AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKAR, LAMBERT, and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————